# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES R. DAVIS**                                                                                       **PLAINTIFF**

**VS**                                      **No. 4:14-CV-220-BRW-JJV**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections were filed and the time for doing so has passed. After careful review, the Court approves and adopts the RD (Doc. No. 15) as this Court's findings in all respects.

Accordingly, this case is reversed and remanded. Upon remand, the ALJ should consider the directives set out in the RD.

IT IS SO ORDERED this 28th day of May, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE